UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Nina E Roberts

    Debtor(s)

Case No. 15 B 30764

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/09/2015.

2) The plan was confirmed on 11/19/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/17/2017.

5) The case was Converted on 09/05/2018.

6) Number of months from filing to last payment: 34.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $13,950.00 |
| Less amount refunded to debtor | $2.93 |

**NET RECEIPTS:** $13,947.07

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,343.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $590.68 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,933.68

Attorney fees paid and disclosed by debtor: $1,690.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advanced Pain & Anesthesia PC | Unsecured | 35.21 | NA | NA | 0.00 | 0.00 |
| Advocate Illinois Masonic Medl Ctr | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advocate Illinois Masonic Medl Ctr | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 113.83 | NA | NA | 0.00 | 0.00 |
| AMC Anesthesia Ltd | Unsecured | 108.40 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| Asad Redjai MD | Unsecured | 24.53 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 1,064.00 | 1,064.51 | 1,064.51 | 322.03 | 0.00 |
| Bill Me Later | Unsecured | 1,756.21 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 919.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 762.00 | 918.77 | 918.77 | 277.94 | 0.00 |
| Capital One | Unsecured | 1,064.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 1,064.51 | NA | NA | 0.00 | 0.00 |
| Cardiovascular Associates of | Unsecured | 94.23 | NA | NA | 0.00 | 0.00 |
| CarePayment | Unsecured | 2,847.11 | NA | NA | 0.00 | 0.00 |
| Cavalry SPV I LLC | Unsecured | 997.00 | 996.73 | 996.73 | 301.52 | 0.00 |
| Cavalry SPV I, LLC | Unsecured | 996.73 | NA | NA | 0.00 | 0.00 |
| Cerastes LLC | Unsecured | 4,815.00 | 4,815.78 | 4,815.78 | 1,456.85 | 0.00 |
| Cerastes LLC | Unsecured | 0.00 | 593.90 | 593.90 | 179.66 | 0.00 |
| City of Chicago - Dept of Finance | Unsecured | 89.53 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Unsecured | 146.40 | NA | NA | 0.00 | 0.00 |
| City of Chicago EMS | Unsecured | 89.53 | 89.53 | 89.53 | 25.62 | 0.00 |
| Comenity Capital Bank/Paypal Credit | Unsecured | 1,519.83 | 1,756.21 | 1,756.21 | 531.28 | 0.00 |
| Comenity Capital Bank/Paypal Credit | Unsecured | 2,882.64 | 2,882.64 | 2,882.64 | 872.04 | 0.00 |
| Credit One Bank | Unsecured | 2,837.43 | NA | NA | 0.00 | 0.00 |
| Diagnostic Radiology Specialists | Unsecured | 928.93 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Company LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gerta S Janss, MD SC | Unsecured | 55.81 | NA | NA | 0.00 | 0.00 |
| Illinois Bone & Joint Institute | Unsecured | 57.51 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 800.00 | 805.71 | 805.71 | 805.71 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 716.00 | 716.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 79.70 | 79.70 | 22.81 | 0.00 |
| Infinity Healthcare Physicians S.C. | Unsecured | 25.28 | NA | NA | 0.00 | 0.00 |
| Infinity Healthcare Physicians S.C. | Unsecured | 25.28 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 3,542.72 | 2,248.48 | 2,248.48 | 2,248.48 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 303.21 | 303.21 | 91.73 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 3,319.00 | 3,319.31 | 3,319.31 | 1,004.15 | 0.00 |
| Jerrold Shapiro MD | Unsecured | 7.73 | NA | NA | 0.00 | 0.00 |
| Jerrold Shapiro MD | Unsecured | 14.71 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 1,869.00 | 1,433.38 | 1,433.38 | 433.62 | 0.00 |
| Midland Funding LLC | Unsecured | 0.00 | 377.68 | 377.68 | 114.25 | 0.00 |
| Midwest Care Center | Unsecured | 23.35 | NA | NA | 0.00 | 0.00 |
| Midwest Care Center | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| Midwest Center for Womens Healthcar | Unsecured | 47.48 | NA | NA | 0.00 | 0.00 |
| Miramed Revenue Group | Unsecured | 95.60 | NA | NA | 0.00 | 0.00 |
| Msw Capital Llc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| North Shore Physicians Group | Unsecured | 85.72 | NA | NA | 0.00 | 0.00 |
| North Shore Physicians Group | Unsecured | 48.31 | NA | NA | 0.00 | 0.00 |
| Northshore Sleep Medicine | Unsecured | 92.53 | NA | NA | 0.00 | 0.00 |
| Northshore University Health System | Unsecured | 23.35 | NA | NA | 0.00 | 0.00 |
| Northshore University Health System | Unsecured | 6.14 | NA | NA | 0.00 | 0.00 |
| Northshore University Health System | Unsecured | 378.80 | NA | NA | 0.00 | 0.00 |
| Northshore University Health System | Unsecured | 14.52 | NA | NA | 0.00 | 0.00 |
| Northshore University Health System | Unsecured | 60.70 | NA | NA | 0.00 | 0.00 |
| NorthShore University Health System | Unsecured | 19.63 | NA | NA | 0.00 | 0.00 |
| NorthShore University Health System | Unsecured | 18.78 | NA | NA | 0.00 | 0.00 |
| NorthShore University Health System | Unsecured | 207.08 | NA | NA | 0.00 | 0.00 |
| NorthShore University Health System | Unsecured | 1,483.11 | NA | NA | 0.00 | 0.00 |
| NorthShore University Health System | Unsecured | 53.06 | NA | NA | 0.00 | 0.00 |
| NorthShore University Health System | Unsecured | 38.20 | NA | NA | 0.00 | 0.00 |
| NorthShore University Health System | Unsecured | 23.88 | NA | NA | 0.00 | 0.00 |
| NorthShore University Health System | Unsecured | 60.70 | NA | NA | 0.00 | 0.00 |
| NorthShore University Health System | Unsecured | 38.20 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Faculty Fdn | Unsecured | 57.09 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Group | Unsecured | 149.40 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 99.91 | NA | NA | 0.00 | 0.00 |
| Pinnacle Mangement Services Inc | Unsecured | 26.34 | NA | NA | 0.00 | 0.00 |
| Pinnacle Mangement Services Inc | Unsecured | 136.71 | NA | NA | 0.00 | 0.00 |
| Pinnacle Mangement Services Inc | Unsecured | 241.46 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Ass | Unsecured | 1,192.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 4,298.00 | 4,298.38 | 4,298.38 | 1,300.33 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,554.00 | 1,519.83 | 1,519.83 | 459.78 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 1,191.70 | 1,191.70 | 360.50 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 693.22 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,464.00 | 677.95 | 677.95 | 205.09 | 0.00 |
| Portfolio Recovery Associates LLC | Unsecured | 1,553.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates, LLC | Unsecured | 4,298.00 | NA | NA | 0.00 | 0.00 |
| Presence Medical Group | Unsecured | 299.50 | NA | NA | 0.00 | 0.00 |
| Presence St. Francis Hospital | Unsecured | 1,156.00 | NA | NA | 0.00 | 0.00 |
| Primary Financial Service | Unsecured | 1,655.00 | NA | NA | 0.00 | 0.00 |
| QVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RBS Citizens N.A. | Unsecured | 668.97 | NA | NA | 0.00 | 0.00 |
| Resurrection Health Care | Unsecured | 440.90 | NA | NA | 0.00 | 0.00 |
| Resurrection Health Care | Unsecured | 34.48 | NA | NA | 0.00 | 0.00 |
| RMG NSMG IM SHERIDAN | Unsecured | 114.70 | NA | NA | 0.00 | 0.00 |
| Shop NBC | Unsecured | 377.68 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 123.98 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 6.74 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 18.12 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Swedish Covenant Hospital | Unsecured | 1,302.75 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 44.01 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 44.15 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 53.10 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 269.74 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 35.52 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 1,221.52 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 33.84 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 44.79 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 496.59 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Medical Group | Unsecured | 615.86 | NA | NA | 0.00 | 0.00 |
| Swedish Emergency Assoc PC | Unsecured | 48.60 | NA | NA | 0.00 | 0.00 |
| Swedish Emergency Assoc PC | Unsecured | 152.71 | NA | NA | 0.00 | 0.00 |
| Swedish Emergency Assoc PC | Unsecured | 39.34 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,770.19 | $3,054.19 | $0.00 |
| **TOTAL PRIORITY:** | **$3,770.19** | **$3,054.19** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$26,319.21** | **$7,959.20** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,933.68 |
| Disbursements to Creditors | $11,013.39 |
| **TOTAL DISBURSEMENTS :** | **$13,947.07** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/12/2018                    By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**